# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**ELECTRONICALLY FILED**
**Superior Court of California**
**County of Sonoma**
**2/13/2024 10:17 AM**
**By: Janie Dorman, Deputy Clerk**

**NOTICE TO DEFENDANT:** HOME DEPOT U.S.A., INC., a Delaware
***(AVISO AL DEMANDADO):*** corporation; (Additional Parties Attachment form is attached)

**YOU ARE BEING SUED BY PLAINTIFF:** CHARLES BISAGNO, an individual.
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifornia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Sonoma
600 Administration Drive
Santa Rosa, California 95403

CASE NUMBER:
*(Número del Caso):* 24CV01062

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Robert Reza VanderVeer, Esq.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
DOWNTOWN LA LAW GROUP
910 S. Broadway, Los Angeles, CA 90015 (213) 389-3765

DATE: *(Fecha)* 2/13/2024 10:17 AM Robert Oliver Clerk, by *(Secretario)* [signature] Janie Dorman , Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF SONOMA

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: HOME DEPOT U.S.A., INC., a Delaware corporation

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

SUM-200(A)

| SHORT TITLE: CHARLES BISAGNO vs. HOME DEPOT U.S.A., INC., et. al. | CASE NUMBER: 24CV01062 |
|---|---|

**INSTRUCTIONS FOR USE**

- This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
- If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff ☒ Defendant ☐ Cross-Complainant ☐ Cross-Defendant

DOE 1 (STORE MANAGER); and DOES 2-50, inclusive.



Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

Westlaw Doc & Form Builder

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: 348314
NAME: Robert Reza VanderVeer, Esq.
FIRM NAME: DOWNTOWN LA LAW GROUP
STREET ADDRESS: 910 S Broadway
CITY: Los Angeles STATE: CA ZIP CODE: 90015
TELEPHONE NO.: (213) 389-3765 FAX NO.: (877) 389-2775
EMAIL ADDRESS: Robert.VanderVeer@downtownlalaw.com
ATTORNEY FOR *(name)*: CHARLES BISAGNO

FOR COURT USE ONLY

**ELECTRONICALLY FILED**
**Superior Court of California**
**County of Sonoma**
**2/13/2024 10:17 AM**
**By: Janie Dorman, Deputy Clerk**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SONOMA
STREET ADDRESS: 600 Administration Drive
MAILING ADDRESS: 600 Administration Drive
CITY AND ZIP CODE: Santa Rosa, CA 95403
BRANCH NAME: Hall of Justice

PLAINTIFF: CHARLES BISAGNO, an individual.
DEFENDANT: HOME DEPOT U.S.A., INC., a Delaware corporation; (Additional Parties Attachment form is attached)
☐ DOES 1 TO ______

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED *(Number)*:**
**Type *(check all that apply)*:**
☐ **MOTOR VEHICLE** ☒ **OTHER *(specify)*:** General Negligence
☐ **Property Damage** ☐ **Wrongful Death**
☒ **Personal Injury** ☒ **Other Damages *(specify)*:** Premises Liability

CASE NUMBER: 24CV01062

**Jurisdiction** *(check all that apply)*:
☐ **ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)**
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000
☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint**
☐ **from limited to unlimited**
☐ **from unlimited to limited**

1. **Plaintiff** *(name or names)*: CHARLES BISAGNO, an individual.
alleges causes of action against **defendant** *(name or names)*: HOME DEPOT U.S.A., INC., a Delaware corporation; ( Additional Parties Attachment form is attached)
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:
   b. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

MC-025

| SHORT TITLE: CHARLES BISAGNO vs. HOME DEPOT U.S.A., INC., et. al. | CASE NUMBER: 24CV01062 |
|---|---|

**ATTACHMENT** *(Number):* ____________

*(This Attachment may be used with any Judicial Council form.)*

COMPLAINT - ATTACHMEMT PAGE

DOE 1 (STORE MANAGER); and DOES 2-50, inclusive.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

**Page** _____ **of** _____

*(Add pages as required)*

| SHORT TITLE: CHARLES BISAGNO vs. HOME DEPOT U.S.A., INC., et. al. | CASE NUMBER: 24CV01062 |
|---|---|

4. [ ] Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [X] **except** defendant *(name):* HOME DEPOT U.S.A., INC.
      (1) [ ] a business organization, form unknown.
      (2) [X] a corporation.
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*
   b. [ ] **except** defendant *(name):*
      (1) [ ] a business organization, form unknown.
      (2) [ ] a corporation.
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*
   c. [ ] **except** defendant *(name):*
      (1) [ ] a business organization, form unknown.
      (2) [ ] a corporation.
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*
   d. [ ] **except** defendant *(name):*
      (1) [ ] a business organization, form unknown.
      (2) [ ] a corporation.
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

   [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants *(specify Doe numbers):* 26-50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [X] Doe defendants *(specify Doe numbers):* 1-25 are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other *(specify):*

9. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, **or**
   b. [ ] is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: CHARLES BISAGNO vs. HOME DEPOT U.S.A., INC., et. al. | CASE NUMBER: 24CV01062 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. [ ] Motor Vehicle
   b. [X] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [X] Premises Liability
   f. [ ] Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*
   a. [X] wage loss.
   b. [X] loss of use of property.
   c. [X] hospital and medical expenses.
   d. [X] general damage.
   e. [X] property damage.
   f. [X] loss of earning capacity.
   g. [X] other damage *(specify):* Prejudgment interest and interest on damages including but not limited to under Civil Code Sections 3287, 3288, 3291 and/or as allowed by law, common law or otherwise. Other damages, including loss of profits and special damages, unknown at this time which Plaintiff will prove at time of trial.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages.
      (2) [ ] punitive damages.
   b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) [X] according to proof.
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 2/13/24

Robert Reza VanderVeer, Esq.
(TYPE OR PRINT NAME)

Robert Reza VanderVeer
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

MC-025

| SHORT TITLE: CHARLES BISAGNO vs. HOME DEPOT U.S.A., INC., et. al. | CASE NUMBER: 24CV01062 |
|---|---|

ATTACHMENT *(Number)*: 14

*(This Attachment may be used with any Judicial Council form.)*

DEMAND FOR JURY TRIAL

Plaintiff(s) demand(s) trial by jury of all issues so triable.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ______ of ______

*(Add pages as required)*

PLD-PI-001(2)

| SHORT TITLE: CHARLES BISAGNO vs. HOME DEPOT U.S.A., INC., et. al. | CASE NUMBER: 24CV01062 |
|---|---|

FIRST (number) **CAUSE OF ACTION—General Negligence** Page ______

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* CHARLES BISAGNO, an individual.

alleges that defendant *(name):* HOME DEPOT U.S.A., INC., a Delaware corporation; DOE 1 (STORE MANAGER); and DOES 2-50, inclusive.

[ ] Does ______ to ______

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* or about February 28, 2022

at *(place):* or near 100 Bicentennial Way, Santa Rosa, CA 95403

*(description of reasons for liability):*

On or about February 28, 2022, Plaintiff was lawfully on the premises of Defendants HOME DEPOT U.S.A., INC., a Delaware corporation; DOE 1 (STORE MANAGER); and DOES 2-50, inclusive, located at or near 100 Bicentennial Way, Santa Rosa, CA 95403. As Plaintiff selected an item from a shelf and/or display, unsecured plywood and/or similar objects fell onto Plaintiff, thereby causing Plaintiff to sustain the serious injuries and damages.

Plaintiff is informed and believes, and based upon such information alleges that Defendant DOE 1 (STORE MANAGER) was a supervisor and/or manager of the store at the time of Plaintiff's incident. Based on information and belief, Defendant DOE 1 (STORE MANAGER) is now, and at all times mentioned in this complaint was, an adult resident of Sonoma County, California. It is believed that Defendant DOE 1 (STORE MANAGER) was responsible for the maintenance of the store at the time of Plaintiff's incident, was responsible to verify that there was in place a policy which provided for the maintenance of the store according to industry standards, was responsible for the training and education of the store employees who were tasked with conducting the maintenance of the store, and was responsible for verifying that the store be maintained according to industry standards and sufficient policies and procedures.

At all times herein mentioned, defendants, and each of them, had sole and exclusive custody and control of the aforesaid building and activities occurring at said building, and owed a duty to this Plaintiff and others lawfully on said premises to keep said premises in a good and safe condition; contrary thereto, Defendants, and each of them, were negligent, careless and reckless in the ownership, care, control, maintenance, operation, leasing, management, caretaking, repairing, of said premises, in that they caused and permitted said premises to be and remain in a dangerous and unsafe condition in that defendants, and each of them, caused or permitted structures and/or components and/or other parts of said building to be and remain, wet, and otherwise deficient. In addition, Defendants, and each of them were negligent, careless and reckless in that they failed to properly warn of the dangerous condition, and in that they failed to properly protect the area of said dangerous condition.

Said Defendants, and each of them, fully and well knew, or should have known in the exercise of reasonable care, that the unsecured plywood and/or similar objects in said establishment was in a dangerous and defective and unsafe condition, and a menace to Plaintiff and others lawfully on said premises.

By reason of the aforesaid negligence, carelessness and recklessness of Defendants, and each of them, as aforesaid, and as a direct and proximate result thereof, dangerously unsecured plywood and/or similar objects that were not properly installed, maintained, cleaned and/or protected at said property causing Plaintiff to sustain the injuries and damages as hereinafter alleged.

PLD-PI-001(4)

| SHORT TITLE: CHARLES BISAGNO vs. HOME DEPOT U.S.A., INC., et. al. | CASE NUMBER: 24CV01062 |
|---|---|

SECOND (number) **CAUSE OF ACTION—Premises Liability** Page ____

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* CHARLES BISAGNO, an individual.
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* or about February 28, 2022 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):* On or about February 28, 2022, Plaintiff was lawfully on the premises of Defendants HOME DEPOT U.S.A., INC., a Delaware corporation; DOE 1 ( STORE MANAGER); and DOES 2-50, inclusive, located at or near 100 Bicentennial Way, Santa Rosa, CA 95403. As Plaintiff selected an item from a shelf and/or display, unsecured plywood and/or similar objects fell onto Plaintiff, thereby causing Plaintiff to sustain the serious injuries and damages.

Prem.L-2. [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):* HOME DEPOT U.S.A., INC., a Delaware corporation; DOE 1 (STORE MANAGER); and DOES 2-50, inclusive.

[X] Does 1 to 50

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does ____ to ____

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does ____ to ____

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[ ] Does ____ to ____

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*